

FILED
CHARLOTTE, NC

FEB 21 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. **3:24-cr-35-MOC** |
| v. | ) | **ORDER TO SEAL INDICTMENT** |
| 1) EZEKIEL LEE SUBER<br>    a/k/a "Zeek"<br>2) JOCELYN MARIE HAMILTON<br>3) ELIJAH MCDOWELL<br>4) DARIEN AKIEL BROWN | ) ) ) ) ) ) ) | |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an Order directing that the Bill of Indictment, Arrest Warrants, Motion to Seal, and this Order be sealed for the reasons stated in the Motion,

IT IS HEREBY ORDERED that the Bill of Indictment, Arrest Warrants, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 21st day of February, 2024.

_____
David C. Keesler
United States Magistrate Judge